# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:18-CR-49 (LAG) |
| | : |
| AARON LEWIS GREEN, JR., | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant Aaron Lewis Green's Motion to File Sealed Motion. (Doc. 335). Therein, Defendant moves to file a motion "under seal to protect Mr. Green's privacy." (*Id.*). "In both civil and criminal cases courts recognize a common-law public right of access to judicial proceedings and records." *Butler v. United States*, No. 6:02-CR-17, 2014 WL 468883, at *3 (M.D. Ga. Feb. 5, 2014) (citation omitted); *Perez-Guerrero v. U.S. Att'y Gen.*, 717 F.3d 1224, 1235 (11th Cir. 2013) (per curiam) (citation omitted). "A party may overcome that presumption if it can show an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *United States v. Ochoa-Vasquez*, 428 F.3d 1015, 1030 (11th Cir. 2005) (internal quotation marks omitted) (citations omitted). Considering the nature of the subject motion and the reasons set forth in the Motion to File Sealed Motion (Doc. 335), the Court finds that the presumption has been overcome, and Defendant's Motion to Seal (Doc. 335) is **GRANTED**. The Clerk of Court is **DIRECTED** to **SEAL** the motion and docket it ex parte pursuant to 18 U.S.C. § 3006A(e)(1).

**SO ORDERED**, this 7th day of July, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**